Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, a New York corporation, <br><br> Plaintiff, <br><br> v. <br><br> APEX LOGISTICS INTERNATIONAL, INC., a California corporation, <br><br> Defendant. | Cause No. 2:19-cv-02057-RSL <br><br> STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE UNDER Fed. R. Civ. P. 41(a)(1)(A)(ii) |

**STIPULATION**

COME NOW all parties, Plaintiff Zurich American Insurance Company, and Defendant Apex Logistics International, Inc., by and through their undersigned counsel of record, and hereby stipulate that pursuant to FRCP 41(a)(1)(A)(ii), all claims which were or could have been asserted herein, by and between those parties, shall be dismissed with prejudice and without admission of liability, and with each party to bear its own costs, including attorney fees.

//

//

Stipulation and Order of Dismissal – page 1
Cause No. 2:19-cv-02057-RSL

*VI JEAN RENO*
*1420 Fifth Avenue, Suite 3000*
*Seattle, WA 98101*
*(206) 622-4100*

Respectfully submitted this 20th day of August, 2020.

| LAW OFFICES OF VI JEAN RENO | MARSHALL DENNEHEY WARNER COLEMAN & GOGGI |
|---|---|
| /s/ Vi Jean Reno<br>Vi Jean Reno, WSBA No. 9385<br>1420 Fifth Avenue, Suite 3000<br>Seattle, WA 98101<br>Telephone: (206) 622-4100<br>Fax: (206) 464-0461<br>Email: vjreno@renolawsea.com<br><br>Attorneys for Plaintiff Zurich American Insurance Company | /s/ William R. Connor III<br>William R. Connor III, NY Bar No. 1335249<br>287 Bowman Avenue, Suite 404<br>Purchase, New York 10577<br>Telephone: (914) 977-7300<br>Fax: (914) 977-7301<br>Email: WRConnor@MDWCG.com<br><br>Pro Hac Vice Attorneys for Plaintiff Zurich American Insurance Company |
| KEESAL YOUNG & LOGAN | TISDALE LAW OFFICES, LLC |
| /s/ Igor V. Stadnik<br>Igor V. Stadnik, WSBA No. 49123<br>1301 Fifth Avenue, Suite 3100<br>Seattle, WA 98101<br>Telephone: (206) 622-3790<br>Fax: (206) 343-9529<br>Email: igor.stadnik@kyl.com<br><br>Attorneys for Defendant Apex Logistics International, Inc. | /s/ Thomas L. Tisdale<br>Thomas L. Tisdale, NY Bar No. TT5263<br>200 Park Avenue, Suite 1700<br>New York, New York 10166<br>Telephone: (212) 354-0025<br>Fax: (212) 869-0067<br>Email: ttisdale@tisdale-law.com<br><br>Pro Hac Vice Attorneys for Defendant Apex Logistics International, Inc. |

//
//
//
//
//

Stipulation and Order of Dismissal – page 2
Cause No. 2:19-cv-02057-RSL

*VI JEAN RENO*
*1420 Fifth Avenue, Suite 3000*
*Seattle, WA 98101*
*(206) 622-4100*

**ORDER**

THIS MATTER having come on regularly before the undersigned Judge or the above-entitled Court upon the stipulation of the above-named parties, and the Court being fully advised in the premises, NOW THEREFORE

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims herein by and between the Plaintiff Zurich American Insurance Company, and Defendant Apex Logistics International, Inc. are hereby dismissed with prejudice and without costs to any party.

DATED this ___21st___ day of August, 2020.

_/s/ Robert S. Lasnik_
Honorable Robert S. Lasnik

Presented by:

   /s/ Vi Jean Reno
Vi Jean Reno, WSBA No. 9385
Law Offices of Vi Jean Reno
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 622-4100
Fax: (206) 464-0461
Email: vjreno@renolawsea.com
Attorneys for Plaintiff Zurich American Insurance Company

   /s/ William R. Connor III
William R. Connor III, NY Bar No. 1335249
Marshall Dennehey Warner Coleman & Goggi
287 Bowman Avenue, Suite 404
Purchase, New York 10577
Telephone: (914) 977-7300
Fax: (914) 977-7301
Email: WRConnor@MDWCG.com
Pro Hac Vice Attorneys for Plaintiff Zurich American Insurance Company

Stipulation and Order of Dismissal – page 3
Cause No. 2:19-cv-02057-RSL

VI JEAN RENO
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
(206) 622-4100

1  /s/ Igor V. Stadnik
Igor V. Stadnik, WSBA No. 49123
2  Keesal Young & Logan
1301 Fifth Avenue, Suite 3100
3  Seattle, WA 98101
Telephone: (206) 622-3790
4  Fax: (206) 343-9529
Email: igor.stadnik@kyl.com
5  Attorneys for Defendant Apex Logistics International, Inc.

6

7  /s/ Thomas L. Tisdale
Thomas L. Tisdale, NY Bar No. TT5263
8  Tisdale Law Offices, LLC
200 Park Avenue, Suite 1700
9  New York, New York 10166
Telephone: (212) 354-0025
10  Fax: (212) 869-0067
Email: ttisdale@tisdale-law.com
11  Pro Hac Vice Attorneys for Defendant Apex Logistics International, Inc.

12

13

14

15

16  CERTIFICATE OF SERVICE

17  I hereby certify that on August 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

18

19  William R. Connor III of Marshall Dennehey Warner Coleman & Goggi
Pro Hac Vice Attorneys for Plaintiff Zurich American Insurance Company

20  Igor V. Stadnik of Keesal Young & Logan
Attorneys for Defendant Apex Logistics International, Inc.
21

22  Thomas L. Tisdale of Tisdale Law Offices, LLC
Pro Hac Vice Attorneys for Defendant Apex Logistics International, Inc.

23  Dated this 20th day of August, 2020.
   /s/ Vi Jean Reno
24  Vi Jean Reno

25

Stipulation and Order of Dismissal – page 4
Cause No. 2:19-cv-02057-RSL

VI JEAN RENO
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
(206) 622-4100